1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MILLARD BAKER,                          Case No.  1:24-cv-01279-HBK (PC)

12               Plaintiff,                    ORDER GRANTING APPLICATION TO
                                               PROCEED *IN FORMA PAUPERIS*
13          v.
                                               (Doc. No. 5)
14    R. SHAHBAZIAN, K. OLSEN, C.
      WILLIAMS, and HIXON,                     ORDER DIRECTING PAYMENT
15                                             OF INMATE FILING FEE BY THE
                 Defendants.                   CALIFORNIA DEPARTMENT OF
16                                             CORRECTIONS

17

18          Plaintiff, a prisoner, initiated this action on October 21, 2024, by filing a pro se civil rights

19    complaint pursuant to 42 U.S.C. § 1983.  (Doc. No. 1, "Complaint").  Plaintiff seeks leave to

20    proceed *in forma pauperis* on his Complaint (Doc. No. 5) and submitted a copy of his prison trust

21    fund statement and/or certification from prison officials in support (Doc. No. 7).  Plaintiff has

22    made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to

23    pay the full $350.00 statutory filing fees as set forth in 28 U.S.C. § 1915.  **Pursuant to §**

24    **1915(b)(1)(A), Plaintiff is obligated to make an initial payment of $29.86[1] (20% of the**

25    **average 6-month deposits to the prisoner's account).**  Thereafter, Plaintiff must make monthly

26

27    ───────────────────
      [1] The statute requires an initial filing fee of 20% of the greater of the six-months average monthly
      deposits or average monthly balance.  28 U.S.C. § 1915(b)(1)(A), (B).  Plaintiff had over $890.00 in
28    deposits over the relevant six-month period.

payments of 20% of the preceding month's income credited to his trust account.  The California Department of Corrections is required to send the initial $38.76 payment to the Clerk of the Court and subsequent payments from Plaintiff's account each time the amount in her account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1.  Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 5) is GRANTED.

2.  **The Secretary of the California Department of Corrections, or his designee shall forward an initial payment of $28.86 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(B) and then shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C.  § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.**  The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Secretary of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California.


Dated:    November 4, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE